## PARKER *vs.* PARKER.

[ACTION ON PROMISSORY NOTE, BY PAYEE AGAINST MAKER.]

39 347
99 578

1. *Judgment by default, without service of process.*—In an action against two defendants, one of whom is not served with process, it is erroneous to render judgment by default against both.

APPEAL from the Circuit Court of Perry.
The record does not show the name of the presiding judge.

THIS action was brought by King Parker, against E. R. Parker and John H. McCall. Judgment by default was rendered against both of the defendants, though E. R. Parker only was served with process. The appeal is sued out by both of the defendants, and errors are assigned by them jointly.

JNO. F. VARY, for appellants.

A. J. WALKER, C. J.—This is a suit against two defendants. The summons and complaint were served on one, and returned not found as to the other. There was no discontinuance as to the party not served. Judgment by default was rendered against both. In rendering the judgment by default against the two defendants, upon one of whom there was no service, the court erred.—*Smith & Howell v. Winthrop*, Minor, 425; *Driver & Shelley v. Spence*, 3 Ala. 98; *Norwood & Chambers v. Riddle*, 9 Porter, 425; *Faver & Mount v. Briggs*, 18 Ala. 478.

Reversed and remanded.